1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   AHMAD GIBSON,

11                Plaintiff,

12                                                    Case No. C06-5273FDB
            v.
13                                                    ORDER DENYING APPLICATION
     DR. DONALD C. WINTER, Secretary,                 TO PROCEED IN FORMA
14   Department of the Navy,                          PAUPERIS

                  Defendant.
15

16         Plaintiff moves to proceed *in forma pauperis* and submitted his application.  The information

17   in the application reveals that it is not unreasonable to require Plaintiff to pay the filing fee.

18   Accordingly, IT IS ORDERED: Plaintiff's Application to Proceed In Forma Pauperis is DENIED.

19         DATED this 23rd day of May 2006.

20

21                                          _____
                                            FRANKLIN D. BURGESS
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26   ORDER - 1