1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

AHMAD GIBSON,

11

Plaintiff,

12

v.

Case No. C06-5273FDB

13

DR. DONALD C. WINTER, Secretary,
Department of the Navy,

ORDER DENYING APPLICATION
TO PROCEED IN FORMA
PAUPERIS

14

15

Defendant.

16

Plaintiff moves to proceed *in forma pauperis* and submitted his application.  The information

17

in the application reveals that it is not unreasonable to require Plaintiff to pay the filing fee.

18

Accordingly, IT IS ORDERED: Plaintiff's Application to Proceed In Forma Pauperis is DENIED.

19

DATED this 23rd day of May 2006.

20

21

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER - 1